**225  ANDRES vs. CIRCUIT JUDGE (Ottawa), 77 M., 85; 6 L. R. A., 238.**

To compel respondent to allow an information in the nature of a quo warranto to be filed in the Circuit Court for Ottawa County, where the claim made was that the declared result of the election was invalid, because certain declarations of intention had been made before the clerk, but not in his office.

Denied October 25, 1889.

Held, that declarations of intention are not required to be made before the clerk of the court in his office, or in open court.

**226  PEOPLE vs. THOMPSON, 66 N. W., 478; 2 D. L. N., 966.**

Mandamus or certiorari will not usually be granted to review the action of trial courts in refusing to quash an indictment returned by a grand jury.  See No. 252.

**227  CHAMBERLAIN (Pros. Atty.) vs. O'HARA (Justice of the Peace), No. 13520½.**

To compel respondent to issue a warrant for a violation of the provisions of Act No. 76, Laws of 1891.

Presented on petition and answer June 6, 1893, and denied on the ground that the application should have been made to the Circuit Court.